UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIKOLAS PITTS,
      Plaintiff,

v.

BATTLES, et al.,
      Defendants.

Case No. 21-04226 EJD (PR)

**ORDER OF DISMISSAL**

Plaintiff filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 against officers of Contra Costa County's West county Detention Facility where he was a pretrial detainee. Dkt. No. 1. On November 5, 2021, the Court dismissed the complaint with leave to amend within twenty-eight days of the court order, i.e., no later than December 3, 2021. Dkt. No. 6. Plaintiff was advised that failure to file a proper amended complaint within the designated time would result in the dismissal of this action. Id. at 15.

The deadline for Plaintiff to comply with the last court order has passed. Because Plaintiff has failed to file an amended complaint in the time provided to correct the deficiencies in the original complaint, this action is **DISMISSED** with prejudice for failure to state a claim for relief.

The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: _____1/14/2022_____

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.21\04226Pitts_dism.no-amcompl.docx