UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLAS PITTS,<br><br>        Plaintiff,<br><br>   v.<br><br>BATTLES, et al.,<br><br>        Defendants. | Case No. 21-04226 EJD (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is dismissed with prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _____1/14/2022_____

                                                EDWARD J. DAVILA
                                                United States District Judge

Judgment
P:\PRO-SE\EJD\CR.21\04226Pitts_judgment.docx